UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN NELSON,

        Plaintiff,

    v.

SAN JOAQUIN COUNTY, et al.,

        Defendants.

No. 2:17-cv-00819 TLN CKD (PS)

ORDER

      On August 2, 2018, plaintiff filed a request to vacate this action to proceed in California Superior Court. This action was closed on September 28, 2017. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: August 7, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1